JUDGE CARTER

25 CV 01008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Tiffany Anne Parkes,

        Plaintiff,

                                      Index No.

    - against -

                                    <u>COMPLAINT</u>

Brianna Colbert
Erin Cunningham
Shanika Hillocks
Ebony John
Kimberly Spoerri-Kelley
Cosmo Whyte        Plaintiff does not request a jury trial.


        Defendants.
----------------------------------------------------------------x

TO THE UNITED STATES DISTRICT COURT IN THE SOUTHERN DISTRICT OF NEW YORK

The complaint of the plaintiff, Tiffany Anne Parkes, respectfully shows and alleges as follows:

I&II. The basis for federal-court jurisdiction in this case is Federal Question and Diversity of Citizenship.

  A. The following federal constitutional or federal statutory rights have been violated:

Amendment IV of the U.S. Constitution, 18 U.S.C. § 114, 18 U.S.C. § 351(e), 18 U.S.C. § 1519, 18 U.S.C. § 371

  B. The plaintiff, T i f f a n y  A n n e  P a r k e s, is a citizen of the State of New York. Ms. Parkes resides at 353 3rd Avenue PMB #114, New York, NY 10010. She may be contacted via cell phone at (917) 572-1107, and her e-mail address is parkes.tiffany.a@gmail.com.


  The defendant, Brianna Colbert, is a citizen of the state of Texas. Ms. Colbert resides at 3118 Forestbrook Dr, Spring, TX 77373 as well as 12887 Triton Ln, Victorville, CA 92392. She has a principal place of business at 1309 E Main St Barstow, CA 92311. She may be contacted via cell phone at (760)881-7821, and

her e-mail address is Brianna_aka_cutie@yahoo.com.

The defendant, Erin Cunningham, is a citizen of the state of New Jersey. Ms. Cunningham resides at 832 P.O. Box Cliffside Park, NJ 07010. She has a principal place of business at 225 Walker St Unit 302 Cliffside Park, NJ 07010. She may be contacted via phone at (917)569-6795, and her e-mail address is misserinbelle1@yahoo.com or erin.cunningham@msn.com.

The defendant, Shanika Hillocks, is a citizen of the state of New York. Ms. Hillocks resides at 767 Saint Nicholas Avenue #3R New York, NY 10031 or 130 Sullivan Place, Brooklyn, NY 11225. She may be contacted at Shanika@shanikahillocks.com.

The defendant, Ebony John, is a citizen of the state of New York. Ms. John resides at 1563 Sterling Place Brooklyn, NY 11213. She may be contacted via cell phone at (917) 640-3726, and her e-mail address is ebonyjohn12@gmail.com.

The defendant, Kimberly Spoerri-Kelley, J.D., is a citizen of the State of New Jersey. Ms. Spoerri-Kelley resides at 937 Bloomfield St Hoboken, NJ 07030. She has a principal place of business at One Liberty Plaza, 1 Liberty Pl New York, NY 10006. She may be contacted via cell phone at (917)251-1030, and her e-mail address is kspoerri@cgsh.com.

The defendant, Cosmo Whyte, is a citizen of the State of California. Mr. Whyte resides at 4810 S La Brea Ave Apt. 305 Los Angeles, CA 90008 and 111 Crowell St Hempstead, NY 11550. He has a principal place of business at UCLA School of The Arts and Architecture 240 Charles E. Young Dr N, Broad Art Center Ste 2275 Los Angeles, CA 90095 as well as Anat Ebgi Gallery 4859 Fountain Avenue Los Angeles, CA 90029. He may be contacted via phone at (310) 825-3281, and his email address is Cosmo.whyte@arts.ucla.edu.

III. In early November 2017, the plaintiff was suddenly diagnosed
with sciatica. The examining doctor remarked that this was odd
considering the plaintiff's age and the fact that the plaintiff had
not been pregnant. The sciatica subsided in November 2017 and had
not reappeared again until briefly in Summer 2022 (following a
tattoo session) and then in November/December 2022,
October/November 2023 - June 2024. The repetitious onset of
sciatica in October/November as well as the plaintiff's exposure to
chemical/biological agents while living at 158 E 126th Street in New
York, NY and 3420 Toledo Terrace in Hyattsville, MD that triggered
the same sciatic pain suggests that the condition was engineered
and not naturally occurring. Additionally, the initial onset in
November 2017 was immediately following the plaintiff's first
acquaintance with Lester Walker. Similar to the below noted
occurrences involving Ebony John, these events are not
coincidental. In December 2017/January 2018, intimate moments shared
between the plaintiff and her then beau - Cosmo Whyte - were recorded
without the plaintiff's knowledge and therefore without her consent.
The plaintiff heard a recording of one of these moments, which had
been a Skype meeting between the plaintiff and Mr. Whyte, playing
loudly from a complete stranger's car speakers as that stranger
watched the moment on a screen in his vehicle on May 26th, 2024 in
Washington, DC. On May 10, 2019, the plaintiff's White, BMW X6 was
vandalized. The following day, Ebony John expressed conflicting
emotions via her Instagram Stories that alluded to her involvement in
said vandalization. In the following months, the plaintiff experienced
targeting of her vehicle for ticketing and towing. Then, on May 18,
2019, the plaintiff was drugged "date raped". See police complaint
report 7548. The plaintiff was harassed via social media beginning
March/April 2019. The harassment via social media became more
aggressive and incessant between the months of June and September
2019. Then, on August 30/31st, 2019, the plaintiff was intimate with a
male interest. This activity, which was assumed by the plaintiff to be
private, has been broadcasted to complete strangers. This broadcasting
has deeply affected the plaintiff's professional as well as personal
life. The plaintiff experienced blatant sexual harassment at her place
of employment - Harlem Village Academies High School - in October
2019. The plaintiff has record of this occurrence. The plaintiff began
briefly dating a male co-worker Mid October 2019 - early December
2019; it is reasonable to conclude that the plaintiff's interactions
with this man were also recorded/broadcasted. All of the text
conversations with this man have been conveniently deleted from the
plaintiff's cellular devices; he has disappeared from all social media
and has no online presence. His father is also NYPD. It should be
noted that this male co-worker was fired for inappropriately

interacting with a female student; he had engaged in similar behavior
at a former place of employment and allegedly was terminated from his
place of employment following his termination from HVA for
inappropriate, sexual behavior. It is also important to note that this
same male co-worker attempted to engage with the plaintiff intimately
following the end of their dating, and the plaintiff rejected his
advances and altogether avoided him. In hindsight, much of the
conversation that was occurring between the plaintiff's co-workers at
HVA was hinting at their knowledge of the intimate moment the
plaintiff had experienced in August 2019; however, at that time, the
plaintiff had not been made aware of the fact that the interaction had
been made public, so she did not catch their hints or understand how
they could have been privy to such information. The plaintiff was also
led to believe that she was "crazy" and was told to stop trying to
figure out what was going on by her "best friend". The plaintiff is
aware of said broadcasting/recording now and has been since
Spring/Summer 2023. The effects of this harassment and abuse have been
long lasting, as they are still apparent. The plaintiff did not
functionally recover from the 2019 harassment until Mid to late
February 2020 and has since been further permanently injured. Ebony
John, Erin Cunningham, Brianna Colbert, and Cosmo Whyte are to be held
responsible for the recording/broadcasting of the plaintiff's personal
life. Ebony John and Erin Cunningham are also to be held responsible
for attempting to sabotage the plaintiff's employment in 2019, 2023,
and 2024-2025. The attempt in 2023 was successful and was aided by
Shanika Hillocks and Kimberly Spoerri-Kelley. The attempt in 2024-2025
was also successful.

For the purposes of this case, the planning and recording of the above
mentioned intimate interactions will be referred to as a quasi-train,
elevated new school gang activity as all of the named defendants are
gang members. One defendant – Brianna Colbert - is particularly vocal
about her membership within Blood gang, Piru set. She has even made it
a point to post video of her shooting a loaded gun on Instagram,
religiously wear red bandanas, and throw up sets in photographs. These
women and man, all federal agents/law enforcement, operate under a
code of silence/secrecy called Omerta, the origins of which are
Italian and La Cosa Nostra/Mafia appropriate. The re-appropriation of
such a code to be enacted when perpetrators of senseless, unwarranted
violence, trafficking, or other abuses want protection (which is
laughable that the villains are playing victims) is foolish for people
of color in The United States of America as they are not protected by
the governing authorities as White people are. Therefore, when
senseless, unwarranted violence is perpetrated against innocent people
of color by guilty people of color within these organizations there is
no protection for members of said organizations that are supposed to
protect their own. There is overarching protection for White people
who also happen to be members of such organizations. This code is

upheld and reinforced by government institutions such as the FBT and
C.T.A. who command silence and work under anonymity while conducting
investigations.

The plaintiff has been harassed by Shanika Hillocks, whom she met for
the first time in October 2020 following an introduction via telephone
in July 2020, since September/October 2021.

The plaintiff was employed by Soho House & Co. April 11, 2022 –
February 14, 2023. Shanika Hillocks was granted membership at the
private club not even one month after the plaintiff had begun
working for the company and she had several points of contact
within the company (including a Membership Manager who was integral
to NYC house operations) as well as many friends amongst the club's
members who frequented the DUMBO House location. With this internal
access to management and membership as well as her position as a
member of law enforcement agencies, Shanika Hillocks was involved
in the orchestration of events presented in case 1:24-cv-3821. The
plaintiff attempted to file a police report on April 20th, 2024
detailing Shanika Hillocks' harassment of the plaintiff that began
in September/October 2021 and has continued; officers at two
separate precincts – the 10th and the 6th – refused to file a report
even when presented with evidence. The plaintiff also contacted and
filed a complaint with the Manhattan District Attorney's Office
regarding said harassment, obstruction of justice, and
falsification of police reports. Complaints were also filed with
the CCRB and the NYPD's IAB.

On October 4, 2022, Louise Messinga the Soho House member under
whose profile Ebony John attended the private club, was granted
membership. This was immediately following the plaintiff's first
opportunity to work with DUMBO House's kitchen at the request of
the General Manager and Head Chef and with the encouragement of
Food & Beverage Managers. On November 18, 2022, Ebony John had a
profile created in Soho House's database; this was not even twenty-
four hours after the plaintiff was reacquainted with Lester Walker
and spent a night at his home. On December 30, 2022, Ebony John
showed up to the plaintiff's place of employment for the first and
only time while the plaintiff was actively employed by Soho House &
Co. This was immediately following a brief text exchange between
Lester Walker and the plaintiff. The repeated closeness and
immediacy of these occurrences is not coincidental especially when
considered in conjunction with the past and present harassment and
assault perpetuated by Ebony John toward/upon the plaintiff. Also
considering Ms. John's position as a member of law enforcement

agencies, it is sensible to conclude that Ebony John was involved in the orchestration of events presented in case 1:24-cv-3821.

The plaintiff attempted to file a police report with the Yonkers Police Department in September 2024 regarding a sexual assault that had occurred in Mr. Walker's apartment at the fault of Ebony John and others on August 30/31, 2019; the two male officers refused to file a report, provided the plaintiff with a reference number, and stated they would look into the incident and be in contact with the plaintiff. The plaintiff has heard nothing from the officers since.

The plaintiff resided at 601 W 141st Street from July 2019 until January 2020. While living at this address, the plaintiff was subjected to psychological and technological warfare.

The plaintiff resided at 231 Malcolm X Blvd from January 2020 until December 2020. While living at this address, the plaintiff was subjected to chemical/biological warfare.

The plaintiff resided at 158 E 126th Street from January 2021 until March 2023. While living at this address, the plaintiff was subjected to chemical/biological and technological warfare.

The plaintiff resided at 3420 Toledo Terrace in Hyattsville, MD from March 2023 until June 2024. While living at this address, the plaintiff was subject to psychological, chemical, biological, and technological warfare. The plaintiff has detailed documentation of said warfare/abuse. As all of this activity has been broadcasted, there has been an assault on the plaintiff's character and body – particularly the plaintiff's brain.

In March 2021, the plaintiff's mother suddenly died; the mother's death followed years of psychological abuse, biological warfare, chemical warfare, and harassment from federal agents and gang members. The plaintiff was not allowed to see her mother's body any time after discovery or prior to burial. Not coincidentally, the abuse of the mother mirrors that of her daughter, the plaintiff. As well, the mother's body was kept at the medical examiner's office for an unusually long amount of time, which is a cause for concern and speculation. The death certificate omits pertinent information regarding the nature and determination of the cause of the plaintiff's mother's death, which is a cause for concern and speculation. Kimberly Spoerri-Kelley and Shanika Hillocks are partially responsible for this death/murder and abuse. Brianna

Colbert, Cosmo Whyte, Ebony John, Erin Cunningham are to be strong
suspects in the plaintiff's mother's death/murder. Due to the
circumstances leading up to and surrounding the plaintiff's
mother's death, the plaintiff has probable cause to open an
investigation into foul play.

The motives for said warfare are tied to investigations that have
been fueled by actions and indiscretions of the plaintiff's father
and maternal uncle who happens to be the biological father of
Shanika Hillocks. The plaintiff filed a report with the FBI in NYC
regarding said indiscretions in July 2024.


The following cases have been filed and are related to this case:

1:24-cv-3821

1:24-cv-02374

1:24-cv-08099

1:25-cv-00074

1:25-cv-00075

See the following police reports that have been filed and are
related to this case:

2023-025-000977

2024-067-008582

2024-073-009998

2024-013-007321

2024-013-008412

2024-067-007548

A Standard Form SF-95 has been filed with the C.I.A and FBI as the
defendants are agents of said government agencies. A Standard Form
SF-95 for DHS is forthcoming.

Several police reports have been filed and all have been falsified
or dismissed (not investigated) by NYPD officers because the
defendants are federal agents/law enforcement, working directly
for/with NYPD. It is important to state that the defendants have
conspired to commit the crimes outlined in the noted police
reports, Standard Form SF-95s, and filed suits.

As a result of the events documented in case 1:24-cv-08099, the plaintiff has been left with a large, deep, two-pronged scar across the entire center of her uterus. The plaintiff is a woman who would like to experience the process of pregnancy and childbirth, and this discovery is certainly a complicating factor as has been the broadcasting of the plaintiff's personal life/intimacies. Shanika Hillocks, Kimberly Spoerri-Kelley, and Ebony John are to be held responsible for the permanent damage that has been done to the plaintiff's uterus, other likely suspects pending.

By reason of the facts and circumstances stated above, the plaintiff asks that the court order compensation in the amount of $600,000,000.00 to cover punitive damages, pain and suffering, and medical expenses.

Dated: February 4, 2025

Tiffany Anne Parkes
Plaintiff
353 3rd Avenue #114
Manhattan, NY 10010
New York County
917-572-1107
Parkes.tiffany.a@gmail.com