AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

Tiffany Anne Parkes
_____
Plaintiff(s)

v.

Brianna Colbert
Erin Cunningham
Shanika Hillocks
Ebony John
Kimberly Spererzi-Kelley
Cosmo Whyte
_____
Defendant(s)

Civil Action No. 25-CV-01008

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Brianna Colbert
12887 Triton Ln
Victorville, CA 92392

3118 Forestbrook Dr.
Spring, TX 77373

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tiffany Anne Parkes
353 3rd Ave. #114
New York, NY 10010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/4/2025

Tammi M. Hallwig

*Signature of Clerk or Deputy Clerk*