United States District Court

Southern District of New York

Tiffany Anne Parkes,

    Plaintiff,

- against -

Astley Johnson

Grace Joan Spoerri

Kimberly Rebecca Spoerri-Kelley

Cosmo Douglass Whyte

    Defendants.

Index No. 25-cv-01008

COMPLAINT

Plaintiff does not request a jury trial.

---x

TO THE UNITED STATES DISTRICT COURT IN THE SOUTHERN DISTRICT OF NEW YORK

The plaintiff is in receipt of Judge Carter's order that she amend the complaint associated with case #25-cv-01008. With all due respect, the plaintiff would like to note that she has more of an ability to attest to whether her own close family members are "government agents or officials". That being said, the amended complaint of the plaintiff, Tiffany Anne Parkes, respectfully shows and alleges as follows:

I&II. The basis for federal-court jurisdiction in this case is Federal Question and Diversity of Citizenship.

    A. The following federal constitutional or federal statutory rights have been violated:

Amendment IV of the United States Constitution, 18 U.S.C § 1029, 18 U.S.C § 242, 18 U.S.C § 1591, 18 U.S.C § 2242

    B. The plaintiff, Tiffany Anne Parkes, is a citizen of the state of New York. Ms. Parkes resides at 353 3rd Avenue PMB #114, New York, NY 10010. She may be contacted via cell phone at (917)572-1107, and her e-mail address is Parkes.Tiffany.a@gmail.com.

    The defendant, Grace Joan Spoerri, is a citizen of Jamaica, West Indies. resides at 11 Devon Rd, Kingston 10, Jamaica, West Indies. She may be contacted via cell phone at (876) 330-3927. Her e-mail address is graceyj2013@gmail.com.

    The defendant, Astley Johnson, is a citizen of the state of Florida. He resides at 9488 Foxtrot Lane, Boca Ratón, FL 33496. He may be contacted via cell phone at (561) 542-3038. His e-mail address is astley517@bellsouth.net.

The defendant, Kimberly Rebecca Spoerri, is a citizen of the state of New Jersey. She resides at 937 Bloomfield Street, Hoboken, NJ 07030. She has a principal place of business at One Liberty Plaza, 1 Liberty Pl New York, NY 10006. She may be contacted via cell phone at (917) 251-1030. Her e-mail address is kspoerri@cgsh.com.

The defendant, Cosmo Whyte, is a citizen of the state of California. resides at 4810 S La Brea Ave Apt. 305 Los Angeles, CA 90008. He has a principal place of business at UCLA School of The Arts and Architecture 240 Charles E. Young Drive N, Broad Art Center Ste 2275, Los Angeles, CA 90095 as well as Anat Ebgi Gallery 4859 Fountain Avenue, Los Angeles, CA 90029. He may be contacted via phone at 310 825-3281, and his e-mail address is cosmo.whyte@arts.ucla.edu.

III. Grace J. Spoerri and Astley Johnson — both powerful federal agents, gang leaders, and one a Freemason — the plaintiff's maternal aunt and uncle respectively, in an effort to intimidate and thwart an investigation into the plaintiff's father's molestation of children, did coerce Lester Walker, II into non-consensual recording of intimate/sexual encounters between himself and the plaintiff. These acts of intimidation and sabotage were committed with intent to steal credit for said investigation from another federal agent and the plaintiff's mother, Claudette Leonie Johnson Parkes.

The plaintiff's closest female cousin – daughter of Mrs. Spoerri and also a federal agent, Kimberly R. Spoerri-Kelley, has participated in the abuse and sexual exploitation of the plaintiff as well as the plaintiff's former romantic interest and ex-boyfriend. After encouraging the plaintiff to explore a connection with Lester Walker, II, the cousin made calculated moves to keep Mr. Walker and the plaintiff from engaging. It is important to note that, unrealized/unbeknownst to the plaintiff, Mrs. Spoerri-Kelley had a previous romantic relationship with Mr. Walker. The cousin also encouraged (when all other family - excepting the plaintiff's father - discouraged) the plaintiff to date Cosmo D. Whyte, the plaintiff's former beau and long-term boyfriend who happened to be — unrealized and unbeknownst to the plaintiff — romantically involved with the plaintiff's other maternal first cousin, the daughter of Astley Johnson — other facts unbeknownst to the plaintiff but realized in hindsight. Mrs. Spoerri-Kelley co-planned the exploitation of illegally obtained, sexually explicit material featuring the plaintiff and her then lover with whom the plaintiff had paused romantic/sexual engagement. This was done as calculated revenge against the plaintiff soon after she first met and engaged with Mr. Walker; the plaintiff and Mr. Whyte had been on a "break" at the time. The cousin also stole evidence from the plaintiff, and co-planned the mutilation of the plaintiff's uterus.

Such malice stems from an imagined slight on the part of Mrs. Spoerri-Kelley during the plaintiff's and Mrs. Spoerri-Kelley's teenage years as well as Mrs. Spoerri-Kelley's - a federal agent and powerful corporate attorney - gross invasion of the plaintiff's privacy. It is through this invasion of privacy that Mrs. Spoerri-Kelley heard conversations between the plaintiff and the plaintiff's closest friends that she had no business hearing.

By reason of the facts and circumstances stated above, the plaintiff asks that the court order compensation in the amount of $500,000,000.00 to cover punitive damages, pain and suffering, and medical expenses.

Dated: March 17, 2025

*[signature]*

Tiffany Anne Parkes
Plaintiff
353 3rd Avenue #114
Manhattan, NY 10010
New York County
917-572-1107
Parkes.Tiffany.a@gmail.com

JS 44C/SDNY
REV. 05/28/2024

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**PLAINTIFFS**
Tiffany Anne Parkes

**DEFENDANTS**
Astley Johnson
Grace Joan Spoerri
Kimberly Spoerri-Kelley
Cosmo Douglass Whyte

**ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
N/A

**ATTORNEYS (IF KNOWN)**
N/A

**CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Amendment IV of U.S. Constitution, 18 U.S.C. § 1029, 18 U.S.C. § 242, 18 U.S.C. § 1591, 18 U.S.C. § 2242; Gross Invasion of Privacy, Sexual Abuse/Assault

Has this action, case, or proceeding, or one essentially the same, been previously filed in SDNY at any time? No [X] Yes [ ]

If yes, was this case Vol. [ ] Invol. [ ] Dismissed. No [ ] Yes [ ]  If yes, give date _____ & Case No. _____

**IS THIS AN INTERNATIONAL ARBITRATION CASE?** No [ ] Yes [X]

*(PLACE AN [x] IN ONE BOX ONLY)*  **NATURE OF SUIT**

### TORTS

**CONTRACT**
- [ ] 110 INSURANCE
- [ ] 120 MARINE
- [ ] 130 MILLER ACT
- [ ] 140 NEGOTIABLE INSTRUMENT
- [ ] 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
- [ ] 151 MEDICARE ACT
- [ ] 152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS)
- [ ] 153 RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS
- [ ] 160 STOCKHOLDERS SUITS
- [ ] 190 OTHER CONTRACT
- [ ] 195 CONTRACT PRODUCT LIABILITY
- [ ] 196 FRANCHISE

**REAL PROPERTY**
- [ ] 210 LAND CONDEMNATION
- [ ] 220 FORECLOSURE
- [ ] 230 RENT LEASE & EJECTMENT
- [ ] 240 TORTS TO LAND
- [ ] 245 TORT PRODUCT LIABILITY
- [ ] 290 ALL OTHER REAL PROPERTY

**PERSONAL INJURY**
- [ ] 310 AIRPLANE
- [ ] 315 AIRPLANE PRODUCT LIABILITY
- [X] 320 ASSAULT, LIBEL & SLANDER
- [ ] 330 FEDERAL EMPLOYERS' LIABILITY
- [ ] 340 MARINE
- [ ] 345 MARINE PRODUCT LIABILITY
- [ ] 350 MOTOR VEHICLE
- [ ] 355 MOTOR VEHICLE PRODUCT LIABILITY
- [ ] 360 OTHER PERSONAL INJURY
- [ ] 362 PERSONAL INJURY - MED MALPRACTICE

**ACTIONS UNDER STATUTES**

**CIVIL RIGHTS**
- [ ] 440 OTHER CIVIL RIGHTS (Non-Prisoner)
- [ ] 441 VOTING
- [ ] 442 EMPLOYMENT
- [ ] 443 HOUSING/ ACCOMMODATIONS
- [ ] 445 AMERICANS WITH DISABILITIES - EMPLOYMENT
- [ ] 446 AMERICANS WITH DISABILITIES -OTHER
- [ ] 448 EDUCATION

**PERSONAL INJURY**
- [ ] 367 HEALTHCARE/ PHARMACEUTICAL PERSONAL INJURY/PRODUCT LIABILITY
- [ ] 365 PERSONAL INJURY PRODUCT LIABILITY
- [ ] 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

**PERSONAL PROPERTY**
- [ ] 370 OTHER FRAUD
- [ ] 371 TRUTH IN LENDING
- [ ] 380 OTHER PERSONAL PROPERTY DAMAGE
- [ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY

**PRISONER PETITIONS**
- [ ] 463 ALIEN DETAINEE
- [ ] 510 MOTIONS TO VACATE SENTENCE 28 USC 2255
- [ ] 530 HABEAS CORPUS
- [ ] 535 DEATH PENALTY
- [ ] 540 MANDAMUS & OTHER

**PRISONER CIVIL RIGHTS**
- [ ] 550 CIVIL RIGHTS
- [ ] 555 PRISON CONDITION
- [ ] 560 CIVIL DETAINEE CONDITIONS OF CONFINEMENT

**FORFEITURE/PENALTY**
- [ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
- [ ] 690 OTHER

**PROPERTY RIGHTS**
- [ ] 820 COPYRIGHTS
- [ ] 830 PATENT
- [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION
- [ ] 840 TRADEMARK
- [ ] 880 DEFEND TRADE SECRETS ACT

**LABOR**
- [ ] 710 FAIR LABOR STANDARDS ACT
- [ ] 720 LABOR/MGMT RELATIONS
- [ ] 740 RAILWAY LABOR ACT
- [ ] 751 FAMILY MEDICAL LEAVE ACT (FMLA)
- [ ] 790 OTHER LABOR LITIGATION
- [ ] 791 EMPL RET INC SECURITY ACT (ERISA)

**IMMIGRATION**
- [ ] 462 NATURALIZATION APPLICATION
- [ ] 465 OTHER IMMIGRATION ACTIONS

**BANKRUPTCY**
- [ ] 422 APPEAL 28 USC 158
- [ ] 423 WITHDRAWAL 28 USC 157

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 BLACK LUNG (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID TITLE XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 TAXES (U.S. Plaintiff or Defendant)
- [ ] 871 IRS-THIRD PARTY 26 USC 7609

**OTHER STATUTES**
- [ ] 375 FALSE CLAIMS
- [ ] 376 QUI TAM
- [ ] 400 STATE REAPPORTIONMENT
- [ ] 410 ANTITRUST
- [ ] 430 BANKS & BANKING
- [ ] 450 COMMERCE
- [ ] 460 DEPORTATION
- [ ] 470 RACKETEER INFLUENCED & CORRUPT ORGANIZATION ACT (RICO)
- [ ] 480 CONSUMER CREDIT
- [ ] 485 TELEPHONE CONSUMER PROTECTION ACT
- [ ] 490 CABLE/SATELLITE TV
- [ ] 850 SECURITIES/ COMMODITIES/ EXCHANGE
- [ ] 890 OTHER STATUTORY ACTIONS
- [ ] 891 AGRICULTURAL ACTS
- [ ] 893 ENVIRONMENTAL MATTERS
- [ ] 895 FREEDOM OF INFORMATION ACT
- [ ] 896 ARBITRATION
- [ ] 899 ADMINISTRATIVE PROCEDURE ACT/REVIEW OR APPEAL OF AGENCY DECISION
- [ ] 950 CONSTITUTIONALITY OF STATE STATUTES

Check if demanded in complaint:

[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y. AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13? No
IF SO, STATE:

DEMAND $_____ OTHER _____ JUDGE _____ DOCKET NUMBER _____

Check YES only if demanded in complaint
JURY DEMAND: YES [X] NO (circled)

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

(PLACE AN x IN ONE BOX ONLY) **ORIGIN**

[X] 1 Original Proceeding
[ ] 2 Removed from State Court
   [ ] a. all parties represented
   [ ] b. At least one party is pro se.
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from (Specify District)
[ ] 6 Multidistrict Litigation (Transferred)
[ ] 7 Appeal to District Judge from Magistrate Judge
[ ] 8 Multidistrict Litigation (Direct File)

(PLACE AN x IN ONE BOX ONLY) **BASIS OF JURISDICTION**       IF DIVERSITY, INDICATE CITIZENSHIP BELOW.

[ ] 1 U.S. PLAINTIFF    [ ] 2 U.S. DEFENDANT    [ ] 3 FEDERAL QUESTION (U.S. NOT A PARTY)    [X] 4 DIVERSITY

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF | DEF |  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [X] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [X] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [X] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

Tiffany Anne Parkes
353 3rd Avenue #114
New York, NY 10010
New York County

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

Astley Johnson
9488 Foxtrot Lane
Boca Ratón, FL 33496
Palm Beach County

Kimberly Rebecca Spoerri-Kelley
937 Bloomfield Street
Hoboken, NJ 07030
Hudson County

Cosmo Douglass Whyte
4810 S La Brea Avenue
Apt 305
Los Angeles, CA 90008
Los Angeles County

Grace Joan Spoerri
11 Devon Rd, Kingston 10
Jamaica, West Indies

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**

I have reviewed Rules 18(a) and 20(a) of the Rules for the Division of Business Among District Judges, Southern District of New York, and I hereby certify that this case should be assigned to the courthouse indicated below pursuant thereto.

Check one:    THIS ACTION SHOULD BE ASSIGNED TO:    [ ] WHITE PLAINS    [X] MANHATTAN

DATE 3/19/2025    SIGNATURE OF ATTORNEY OF RECORD

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[ ] YES (DATE ADMITTED Mo. _____ Yr. _____ )

RECEIPT #    Attorney Bar Code #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

Clear Form    Save    Print