United States District Court

Southern District of New York

Tiffany Anne Parkes,

           Plaintiff,

- against -

Astley Johnson                  Index No. 25-cv-01008

Grace Joan Spoerri        MOTION FOR LEAVE TO FILE UNDER SEAL

Kimberly Rebecca Spoerri-Kelley

Cosmo Douglass Whyte

           Defendants.

————————————————————————————————x

The plaintiff requests leave to file the following document under seal: Amended Complaint.

The proposed sealed document contains information that is of a sensitive nature. Specifically, the document refers to child molestation. While the perpetrator and victim(s) are not identified by name in this document, they will likely be named as the case proceeds as well as in a related case that is to be filed concurrently. The proposed document also refers to other sexual assault/abuse of which the plaintiff was a victim. Again, while the assault/abuse is not detailed in this document, it likely will be as the case proceeds.