USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/10/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PARKES,<br><br>Plaintiff,<br><br>-against-<br><br>COLBERT, *et al.*<br><br>Defendants. | 25-cv-1008 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Plaintiff's correspondence in connection with her service on Defendants of her Amended Complaint and has also received Plaintiff's motions for leave to file under seal. The Court **ORDERS** Plaintiff to appear for a telephonic status conference on Friday, April 25, 2025 at 12 p.m. Plaintiff shall contact the Court at 1-855-244-8681 (access code: 2305 370 0226#).

**SO ORDERED.**
Dated:   April 10, 2025
             New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**