UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PARKES,

                    Plaintiff,

          -against-

COLBERT, ET AL,

                    Defendants.

25-cv-1008 (ALC)

ORDER

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of Plaintiff's Amended Complaint (ECF No. 11), motions to file the Amended Complaint under seal (ECF Nos. 12 and 13), and a request for an extension of time to serve Defendants (ECF No. 13). The motions to seal seek leave to file under seal an Amended Complaint, but it unclear whether Plaintiff seeks to seal the Amended Complaint already filed with the Court or whether she intends to file a Second Amended Complaint.

In either case, the Court **ORDERS** Plaintiff to email an unredacted version of the Amended Complaint or Second Amended Complaint—whichever she intends to file under seal—to ALCarterNYSDChambers@nysd.uscourts.gov on or before May 22, 2025. The Court will then consider the unredacted document and—if the motions to seal are denied—the document will be placed on the Court's public docket.

The Court **GRANTS** Plaintiff's request for a 60-day extension to serve Defendants and the clock will begin to run the day that the Court rules on Plaintiff's motion to seal. The Clerk of Court is respectfully directed to terminate ECF No. 13.

**SO ORDERED.**

**Dated: May 1, 2025
New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**