**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PARKES, | |
| Plaintiff, | 25-cv-1008 (ALC) |
| -against- | **ORDER** |
| COLBERT, *et al.* | |
| Defendants. | |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court **GRANTS** Plaintiff leave to file a redacted version of the Amended Complaint on the public docket. Plaintiff may redact the portions of the Amended Complaint referencing molestation and rape. The redacted Amended Complaint must be filed on or before **August 6, 2025**. Plaintiff must serve the Amended Complaint upon Defendants four (4) weeks following its filing. The Clerk of Court is respectfully directed to terminate the pending motions docketed at ECF Nos. 12, 14, 17, 18, and 19.

**SO ORDERED.**
Dated:   July 9, 2025
             New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**