UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| PARKES, | : | |
| | : | |
| Plaintiff, | : | 25-cv-1008 (ALC) |
| | : | |
| -against- | : | **ORDER** |
| | : | |
| COLBERT, ET AL, | : | |
| | : | |
| Defendants. | : | |

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

On July 25, 2025, Plaintiff filed her Second Amended Complaint in this matter. ECF No. 21. On September 6, 2025, Plaintiff filed a declaration of proof of service in which she attests that she served Defendants by mail. ECF No. 22. However, the declaration does not show that proper service was effectuated on Defendants pursuant to Federal Rule of Civil Procedure 4(e), which governs service of summons and complaints.

As of October 10, 2025, the Court has not received notice that Defendants have been properly served. Federal Rule of Civil Procedure 4(m) provides that the Court, "upon motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Plaintiff is ordered to serve Defendants by November 10, 2025 or advise the Court in a letter by that date as to why she is unable to serve the Complaint.

**SO ORDERED.**

Dated: New York, New York
October 10, 2025

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**