**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **PARKS,** | |
| **Plaintiff,** | **25-cv-1008 (ALC)** |
| -against- | |
| **COLBERT ET AL,** | **Order** |
| **Defendants.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

On October 10, 2025, the Court ordered Plaintiff to serve the Defendants by November 10, 2025 or else file a letter advising why she is unable to do so. ECF No. 24. On October 16, 2025, the Court received a letter from Plaintiff stating that she is unable to serve Defendants due to a lack of funds. ECF No. 25.

Pursuant to Rule 24, if Plaintiff is unable to pay the fees or costs associated with service, then she must move this Court to proceed *in forma pauperis* (IFP) by filling out the IFP application found at this link, https://nysd.uscourts.gov/sites/default/files/2018-06/IFP-application.pdf and filing it with the Court for consideration. The Court orders Plaintiff to file the IFP application by November 3, 2025.

**SO ORDERED.**

Dated:  October 20, 2025
         New York, New York

         **ANDREW L. CARTER, JR.**
         **United States District Judge**