UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
   PARKES,                                                   :

                                  Plaintiff,     :        **25-cv-1008** (ALC)

          -against-                      :        **ORDER**

   COLBERT ET AL,                  :

                                Defendant.   :

-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

       Plaintiff filed the Complaint in this matter on February 4, 2025, and on March 17, 2025, Plaintiff filed an Amended Complaint. ECF Nos. 1, 11. On March 24, 2025, Plaintiff sought leave to file the Amended Complaint under seal and requested additional time to serve Defendants. ECF No. 12. On May 1, 2025, the Court granted Plaintiff's request for a 60-day extension to serve Defendants, stating the clock would start running after the Court ruled on Plaintiff's Motion to Seal the Amended Complaint. ECF Nos. 14, 16. On May 30, 2025, Plaintiff filed the Motion for Leave to File the Amended Complaint Under Seal. ECF No. 19. On July 9, 2025, the Court granted Plaintiff leave to file a redacted Amended Complaint on the public docket and ordered the Plaintiff to serve the Amended Complaint on Defendants within four weeks of filing it. ECF No. 20. On July 25, 2025, Plaintiff filed a Second Amended Complaint. ECF No. 21. On September 6, 2025, Plaintiff filed a Declaration of Proof of Service of the Amended Complaint. ECF No. 22. However, as the Court stated in its October 10, 2025 Order, the Plaintiff has not demonstrated proper service under Federal Rules of Civil Procedure 4(e). ECF No. 24.

       On October 16, 2025, Plaintiff stated that she could not serve Defendants due a to lack of funds. ECF No. 25. On October 20, 2025, the Court ordered Plaintiff to properly serve Defendants

by November 10, 2025 or else fill out an IFP form for consideration by November 3, 2025. ECF No. 26. On October 30, 2025, Plaintiff filed a letter that did not include an IFP form for the Court's review and has yet to show proof of proper service under Fed. R. Civ. P. 4(e). ECF No. 27.

The Court reminds Plaintiff that Fed. R. Civ. P. 4(m) provides that the Court, "upon motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." The Court also directs Plaintiff to Fed. R. Civ. P. 4(d) regarding waiver of service.

Plaintiff is ORDERED to serve Defendants by November 10, 2025 or in the alternative, fill out the IFP form by November 3, 2025 for the Court's consideration. If Plaintiff does not abide by these deadlines, she risks having her action dismissed without prejudice.

**SO ORDERED.**

**Dated:   New York, New York**
          **October 30, 2025**

                                       **ANDREW L. CARTER, JR.**
                                       **United States District Judge**