UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PARKES,

                **Plaintiff,**

    -against-

COLBERT ET AL,

                **Defendants.**

25-cv-1008 (ALC)

**Order**

**ANDREW L. CARTER, JR., United States District Judge:**

On December 23, 2025, Defendant Kimberly Rebecca Spoerri filed a letter requesting a pre-motion conference ahead of filing a motion to dismiss Plaintiff's Second Amended Complaint. Defendant also requests that Plaintiff be barred from filing further actions IFP without obtaining the Court's permission. ECF No. 35.

Plaintiff is ORDERED to respond to the December 23, 2025 letter by January 12, 2026.

**SO ORDERED.**

Dated: January 2, 2026
       New York, New York

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**