UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PARKES,

                              Plaintiff,

              -against-

COLBERT ET AL,

                              Defendants.

25-cv-1008 (ALC)

**Order to Show Cause**

**ANDREW L. CARTER, JR., United States District Judge:**

Plaintiff is ORDERED to cause why this case should not be dismissed by the Court by April 8, 2026.

Any reply from Defendants will be due by April 22, 2026.

**SO ORDERED.**

Dated: March 18, 2026
        New York, New York

**ANDREW L. CARTER, JR.**
**United States District Judge**