**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __3/24/26_____

Dear Honorable Judge Carter,

I am the defendant in the above-referenced matter, Case No. 25-cv-1008. I respectfully request a further 30-day extension of time to respond to the civil summons, until after the Court resolves the pending Order to Show Cause. My current deadline to respond is March 29, 2026.

I have been receiving guidance from the Pro Se Clinic at the City Bar Justice Center in the Southern District of New York. This additional time will allow me to obtain appropriate assistance and submit a proper and complete response to the Court.

Accordingly, I respectfully request that the Court extend my deadline to April 22, 2026. Thank you for your consideration of this request.

Respectfully submitted,
Cosmo Whyte
4810 S. La Brea Ave, Apt 305, LA, CA 90008
443-825-8421
cosmo.whyte@gmail.com

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

3/24/26