**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

PARKES,

        Plaintiff,

    -against-

COLBERT ET AL,

        Defendants.

---

25-cv-1008 (ALC)

**Order to Show Cause**

---

**ANDREW L. CARTER, JR., United States District Judge:**

    Plaintiff is ORDERED to show cause why this case should not be dismissed for lack of subject matter jurisdiction by the Court by May 8, 2026. Plaintiff is ORDERED to specifically address Defendant's December 23, 2025 letter. Any reply from Defendants will be due by May 15, 2026.

    **SO ORDERED.**

Dated: April 24, 2026
   New York, New York

                 **ANDREW L. CARTER, JR.**
                 **United States District Judge**