UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PARKES,

                              Plaintiff,                    25-cv-1008 (ALC)

              -against-                                     Order to Show Cause ,

COLBERT ET AL,

                              Defendants.

ANDREW L. CARTER, JR., United States District Judge:

The Court is not in receipt of Plaintiff's response to the April 24, 2026 Order to Show Cause. However, the Court did receive an affidavit of Plaintiff's signature dated May 7, 2026.

Plaintiff is ORDERED to show cause why this case should not be dismissed for lack of subject matter jurisdiction by the Court by May 26, 2026. Plaintiff is ORDERED to specifically address Defendant's December 23, 2025 letter. Any reply from Defendants will be due by May 29, 2026.

**SO ORDERED.**

Dated: May 19, 2026
        New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge