**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

PARKES,

                            Plaintiff,

              -against-

COLBERT ET AL,

                    Defendants.

**25-cv-1008 (ALC)**

**Order**

**ANDREW L. CARTER, JR., United States District Judge:**

Plaintiff is ORDERED to show cause why this case should not be dismissed for lack of subject matter jurisdiction by the Court by June 25, 2026. Plaintiff is ORDERED to specifically address Defendant's December 23, 2025 letter. Any reply from Defendants will be due by July 2, 2026.

**SO ORDERED.**

Dated: June 16, 2026
     New York, New York

                                         **ANDREW L. CARTER, JR.**
                                         **United States District Judge**