UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PARKES,

                          Plaintiff,

              -against-

COLBERT ET AL,

                          Defendants.

25-cv-1008 (ALC)

Order

---

**ANDREW L. CARTER, JR., United States District Court Judge:**

After careful consideration, the Court dismisses Plaintiff's second amended complaint, finding that there is no subject matter jurisdiction. There is no diversity of citizenship or federal question jurisdiction. Plaintiff has failed to cure the issues the Court cited in its February 18, 2025 order, despite being given numerous opportunities. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in *forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962). The Clerk of Court is directed to terminate all pending motions and to terminate this case.

**SO ORDERED.**

Dated: July 7, 2026
New York, New York

ANDREW L. CARTER, JR.
United States District Judge